```
                              United States Bankruptcy Court
                                    District of Hawaii
```

In re:                                                          Case No. 19-00725-rjf
Jamie Kauilani Quinones                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0975-1          User: lanie              Page 1 of 1          Date Rcvd: Jun 07, 2019
                              Form ID: 309A            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
```
db             +Jamie Kauilani Quinones,    94-137 Hulahe Street,     Waipahu, HI 96797-1314
1420744         Barclays Bank Delaware,     P.O. Box 60517,    City of Industry, CA 91716-0517
1420746        +County of Maui,    Real Property Tax Division,     70 E. Kaahumanu Avenue, Suite A-18,
                 Kahului, HI 96732-2195
1420748         Hawaii USA FCU,    1226 College Walk,    Honolulu, HI 96817-3946
1420749        +Hildegard U. Akee,    94-137 Hulahe Street,    Waipahu, HI 96797-1314
1420750         Mr. Cooper,    P.O. Box 60516,    City of Industry, CA 91716-0516
1420751        +Randall & Deborah Quinones,    1044 Wye Drive,    Seymour, TN 37865-6501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: mike@cainandherren.com Jun 08 2019 03:51:03     Michael Collins,
                 Cain & Herren LLP,    2141 W. Vineyard Street,    Wailuku, HI  96793
tr             +EDI: QRAYANAGI.COM Jun 08 2019 07:53:00      Richard A. Yanagi,    1001 Bishop St., Ste. 2755,
                 Honolulu, HI 96813-3404
1420742         E-mail/Text: bankruptcy@asbhawaii.com Jun 08 2019 03:51:05     American Savings Bank,
                 P. O. Box 2300,    Honolulu, HI 96804-2300
1420743         E-mail/Text: ebknotice@boh.com Jun 08 2019 03:51:05     Bank of Hawaii,    P.O. Box 2900,
                 Honolulu, HI 96846-6000
1420745        +EDI: CITICORP.COM Jun 08 2019 07:53:00     Citibank,    P. O. Box 6500,
                 Sioux Falls, SD 57117-6500
1420747         E-mail/Text: crc_bankruptcy@fhb.com Jun 08 2019 03:51:06     First Hawaiian Bank,
                 Loan Recovery Department,    P.O. Box 4070,    Honolulu, HI 96812-4070
1420752         EDI: RMSC.COM Jun 08 2019 07:53:00     TJX Rewards/SYNCB,    P.O. Box 530949,
                 Atlanta, GA 30353-0949
                                                                                              TOTAL: 7
```
```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
```
              Michael   Collins     on behalf of Debtor Jamie Kauilani Quinones mike@cainandherren.com,
               bkcourt@cainandherren.com;cainandherren@gmail.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
              Richard A. Yanagi    yanagi7trustee@gmail.com, ryanagi@ecf.axosfs.com
                                                                                             TOTAL: 3
```

Official Form 309A (12/15)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jamie Kauilani Quinones | Social Security number or ITIN **xxx–xx–3493** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Hawaii | Date case filed for chapter **7**  6/7/19 |
| Case number: | 19–00725 | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamie Kauilani Quinones | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 94–137 Hulahe Street<br>Waipahu, HI 96797 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Collins<br>Cain & Herren LLP<br>2141 W. Vineyard Street<br>Wailuku, HI 96793 | Contact phone: 808–242–9350<br><br>Email: mike@cainandherren.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard A. Yanagi<br>1001 Bishop St., Ste. 2755<br>Honolulu, HI 96813 | Contact phone: 808.599.0339<br>Email: yanagi7trustee@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| 6. | Bankruptcy clerk's office | 1132 Bishop Street, Suite 250 Honolulu, Hawaii 96813 | Office hours: Mon–Fri 8:30am to 4:00pm |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone: (808) 522–8100 |

| 7. | Meeting of creditors | **July 17, 2019 at 10:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI** |

| 8. | Presumption of abuse | The presumption of abuse does not arise. | |
|---|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/16/19** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

| 13. | Trustee's sale of property under $2,500 | Unless an objection is filed within 21 days after this notice is filed, the trustee may sell property of the estate if all nonexempt property of the estate has an aggregate gross value under $2,500. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

**U.S. Bankruptcy Court - Hawaii   #19-00725   Dkt # 5   Filed   06/09/19   Page 3 of 3**